Per Curiam:.
 

 This execution issued in the year 1798, when such was the practice in this part of the country. We must allow
 
 *422
 
 of it, or overturn all the sales made during the time of such irregu.lar practice. How often at that period did the Supreme Courts sanction the reissuing of executions in this form, compelling sheriffs to act upon them, and inflicting penalties on them for not returning such executions or the money collected upon them, and doing other acts of various sorts which recognized such writs as legal ones. The word
 
 aliased
 
 is a reference to the words contained in the body of the
 
 fi. fa.,
 
 and adopts them; and the future term to which it is aliased is that before which the authority contained in it must be executed by seizure. Here is a good authority to the sheriff, and his sale is valid.
 
 Affirm the judgment of the Circuit Court.
 

 See
 
 Russell
 
 v.
 
 Stinson,
 
 3 Hay. 1, and note
 
 sub fin.